DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDER ANKUDINOV** and
**VERA KOKURINA,**
Appellants,

v.

**ROCKET MORTGAGE LLC** f/k/a
**QUICKEN LOANS, LLC,**
Appellee.

No. 4D2024-2392

[March 26, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 50-2022-CA-002226-XXXX-MB.

Alexander Ankudinov and Vera Kokurina, Jupiter, pro se.

Rosannie T. Morgan of Burr & Forman LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

KLINGENSMITH, C.J., WARNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***